UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>    v.<br><br>YOHANNA BERENICE ACOSTA,<br><br>                Defendant. | Case No. 25-mj-70299-MAG-1   (SVK)<br><br>**ORDER FOR IMMEDIATE RELEASE** |

       Defendant Acosta appeared today for a detention hearing.  Ms. Acosta is represented by AFPD Dejan Gantar; Marissa Harris appeared for the Government; Officer Adonza Leal of U.S. Probation was also present.

       Ms. Acosta was arrested on a Form 12 violation from the Southern District of California arising her failure to report to Probation upon her release from BOP in March of 2024.  Ms. Acosta, who is thirty-five weeks pregnant, was visiting her mother in the Northern District at the time of her arrest.  She has additional family, including children, and a place to live in the Southern District.  Following an evaluation of release options in the Northern District, and finding none suitable, Probation recommends her immediate release with a directive to promptly return to the Southern District. The Government concurs in Probation's recommendation.  Having considered all the relevant factors and finding that Defendant has demonstrated by clear and convincing evidence that she poses neither a danger to the community nor a risk of flight, the Court **ORDERS** as follows:

       Defendant Acosta is to be released from custody in Santa Clara County;

       Defendant Acosta is to return promptly to the Southern District of California;

       Defendant Acosta is to report to U.S. Probation in San Diego, located at 101 West Broadway, Suite 700, San Diego, CA on **Wednesday, March 19, 2025**;

Defendant Acosta is to present herself before a U.S. Magistrate Judge at U.S. District Court in San Diego, located at 221 West Broadway, San Diego, CA **on March 20, 2025 at 2:00PM**.

**SO ORDERED.**

Dated: 3/12/2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge